UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHANNON M. CAIRNS              CASE NO. 03-61832-CIV-DIMITROULEAS

    Plaintiff,                Magistrate Judge Torres

vs.

FACTORY AUTHORIZED
MEDICAL SCOPE REPAIR,
MEDICAL DEVICE SOLUTIONS,
and JEFF TRANK,

    Defendants.
_____/

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed without prejudice with each party to bear his or its own fees and costs and that the Court may enter an Order accordingly.

_____            _____
James B. Lieber                      George A. Lane
PA I.D. # 21748                      George A. Lane, P.A.
Thomas M. Huber                      FBN 7242
PA I.D. # 83053                      2929 E. Commercial Blvd., Suite 205
5528 Walnut Street                   Fort Lauderdale, FL 33308
Pittsburgh, PA 15232-2312            (954) 776-8284
(412) 687-2231

Counsel for Plaintiff – *Admitted Pro Hac Vice*    Counsel for All Defendants

