UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-61832-CIV-DIMITROULEAS

SHANNON M. CAIRNS,

Magistrate Judge Torres

    Plaintiff,

vs.

FACTORY AUTHORIZED MEDICAL
SCOPE REPAIR, et al.,

    Defendants.
_____/

FILED by _____ D.C.
JAN 28 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL ORDER DISMISSING CASE

THIS CAUSE is before the Court upon Plaintiff Shannon M. Cairns and Defendants Factory Authorized Medical Scope Repair, Medical Device Solutions, and Jeff Trank's Joint Stipulation for Dismissal Without Prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, filed herein on January 27, 2005. The Court has carefully considered the record and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that:

    1. The parties' Joint Stipulation for Dismissal is **APPROVED**;

    2. The above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**;

    3. All pending motions in this case are **DENIED AS MOOT**;

    4. The Clerk shall close this case.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of January, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

George A. Lane, Esq.

James B. Lieber, Esq. (by mail)
5528 Walnut Street
Pittsburgh, PA 15232-2312