UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-61832-CIV-DIMITROULEAS/TORRES

SHANNON M. CAIRNS,

    Plaintiff,

v.

FACTORY AUTHORIZED MEDICAL
SCOPE REPAIR, et al.,

    Defendants.

_____/



## AMENDED ORDER TO SHOW CAUSE

This Matter is before the Court on Plaintiff Shannon M. Cairns's Motion for Entry of a Default Judgment. [D.E. 20]. Upon review of the Motion, the court file, noting that counsel for Factory Authorized Medical Scope Repair ("FAMSR") has withdrawn from this matter, and further noting that FAMSR may have a new registered agent address than the one identified in Plaintiff's Motion or the Court's earlier Order to Show Cause, it is **ORDERED** and **ADJUDGED** as follows:

    1.    FAMSR shall show cause in writing by no later than **June 6, 2005** why Plaintiff's Motion for Entry of Default Judgment should not be granted for the reasons set forth in the Motion (copy of which is attached). FAMSR must respond only through newly retained counsel who shall timely file the response with the Clerk of this Court.[1]

---

[1] It is a well-settled principle that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985).



2. **A copy of FAMSR's response to this Order to Show Cause shall be delivered directly to the undersigned's chambers at:**

    **United States Courthouse**
    **299 East Broward Boulevard**
    **Suite 205E**
    **Fort Lauderdale, Florida 33301**

3. FAMSR shall also serve a copy of their response to this Order to Show Cause directly upon counsel for Plaintiff as follows:

    James B. Lieber, Esq.
    5528 Walnut Street
    Pittsburgh, Pennsylvania 15232-2312

4. FAMSR's failure to comply with this Order shall constitute grounds for the Court to grant Plaintiff's Motion by default.

**DONE and ORDERED** at Fort Lauderdale, Florida this 26th day of May, 2005.

                                          EDWIN G. TORRES
                                          United States Magistrate Judge

cc:    Honorable William P. Dimitrouleas

      James B. Lieber, Esq.

      Factory Authorized Medical Scope Repair
      1804 Newstead Trace
      Marietta, Georgia 30062