UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-61832-CIV-DIMITROULEAS

SHANNON M. CAIRNS,

Magistrate Judge Torres

Plaintiff,

vs.

FACTORY AUTHORIZED MEDICAL
SCOPE REPAIR, et al.,

Defendant.
_____/

FILED by ____ D.C.
JUN 23 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER APPROVING REPORT AND RECOMMENDATION AND ENTERING JUDGMENT IN FAVOR OF PLAINTIFF

THIS CAUSE is before the Court upon the Plaintiff Shannon M. Cairns' Motion for Entry of a Default Judgment [DE 20], and the Report and Recommendation [DE 27] of Magistrate Judge Edwin G. Torres, dated June 13, 2005. The Court notes that the no objections to the Report and Recommendation have been filed, and that the time for filing such objections has passed.

Despite the failure of the Plaintiff to file objections to the Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the entire court record herein, including the Motion and the Report and Recommendation, and is otherwise fully advised in the premises.

Accordingly, for the reasons expressed in the Report and Recommendation, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 27] of Magistrate Judge Edwin G. Torres, dated June 13, 2005, is hereby **ADOPTED**;



2. Judgment is hereby entered in favor of Plaintiff Shannon M. Cairns and against Defendant Factory Authorized Medical Scope Repair in the amount of $55,000.

3. This judgment of $55,000 shall bear interest at the rate of 3.39% per annum from the date of this Final Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _23_ day of June, 2005.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Torres

James B. Lieber, Esq.

Factory Authorized Medical Scope Repair
1804 Newstead Trace
Marietta, Georgia 30062